No. 90–6680.  OSWALD *v.* MICHIGAN DEPARTMENT OF CORRECTIONS ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 90–6689.  OSWALD *v.* TAYLOR ET AL.  C. A. 6th Cir. Certiorari denied.

No. 90–6695.  TYREE *v.* VOSE, COMMISSIONER, MASSACHUSETTS DEPARTMENT OF CORRECTION.  C. A. 1st Cir.  Certiorari denied.

No. 90–6701.  UPSHAW *v.* MORRIS ET AL.  C. A. 8th Cir. Certiorari denied.

No. 90–6703.  CHRISTOPHER P., A MINOR, BY HIS MOTHER AND NEXT FRIEND, NORMA P., ET AL. *v.* MARCUS ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 90–6706.  CAREY *v.* PETSOCK ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 90–6715.  LASKARIS *v.* SEGEL ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 90–6717.  GALLAGHER *v.* OHIO ET AL.  C. A. 6th Cir. Certiorari denied.

No. 90–6731.  KRAFT *v.* GATES ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 90–6735.  DEMOS *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON.  C. A. 9th Cir.  Certiorari denied.

No. 90–6744.  MAIDA *v.* MASSACHUSETTS ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 90–6746.  REED *v.* YARBROUGH ET AL.  C. A. 5th Cir. Certiorari denied.

No. 90–6747.  ROBBINS *v.* WASHINGTON.  Ct. App. Wash. Certiorari denied.

No. 90–6777.  GARD *v.* CHAIRMAN, NATIONAL CREDIT UNION ADMINISTRATION, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 90–6794.  EDER *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.